IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>CARMITA D. SCHENCK,<br><br>                Debtor,<br><br>REGIONAL ACCEPTANCE CORPORATION,<br>                Movant<br><br>    v.<br><br>CARMITA D. SCHENCK and<br>WILLIAM C. MILLER, Ch. 13 Trustee,<br><br>                Respondents | Bankruptcy No. 17-10358-amc<br><br>Chapter 13<br><br>Related to Doc. Nos. 24 and 25 |

## CERTIFICATE OF SERVICE

      I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on the 16th day of April, 2017, I served a copy of the Motion for Relief from the Automatic Stay (filed at Document No. 24) and a copy of the Notice of Motion, Response Deadline and Hearing Date on Motion (filed at Document No. 25) by first class U.S. Mail, postage prepaid or electronic mail at the following addresses:

Carmita D. Schenck
6010 Ross Street
Philadelphia, PA 19144

and:

| | |
|---|---|
| David J. Averett, Esq. | averettlaw@comcast.net |
| William C. Miller, Ch. 13 Trustee | mdc@ph13trustee.com |
| Office of the United States Trustee | ustpregion03.ph.ecf@usdoj.gov |

By: /s/ Peter J. Ashcroft
Peter J. Ashcroft, Esq.
PA I.D. #87317
pashcroft@bernsteinlaw.com
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8107
Fax: (412) 456-8135

Counsel for Regional Acceptance
Corporation