IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 17-10358-amc |
| CARMITA D. SCHENCK, | Chapter 13 |
| Debtor, | Doc. No. |
| REGIONAL ACCEPTANCE CORPORATION, Movant | |
| v. | |
| CARMITA D. SCHENCK and WILLIAM C. MILLER, Ch. 13 Trustee, Respondents | |

ORDER OF COURT

AND NOW, this 20th day of June, 2017, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Regional Acceptance Corporation, in the 2012 Mazda 6 Sedan 4D i Sport 2.5L I4, VIN 1YVHZ8BH5C5M02656; and,

b. Debtor shall disclose the location of the Vehicle and cooperate with its surrender; and,

c. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

BY THE COURT:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge