United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Carmita D. Schenck  
    Debtor

Case No. 17-10358-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Jun 20, 2017  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2017.  
db          +Carmita D. Schenck,   6010 Ross Street,   Philadelphia, PA 19144-1135

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2017                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2017 at the address(es) listed below:  
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        DAVID J. AVERETT    on behalf of Debtor Carmita D. Schenck averettlaw@comcast.net  
        MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
        PETER J. ASHCROFT    on behalf of Creditor    Regional Acceptance Corporation pashcroft@bernsteinlaw.com, pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                          TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 17-10358-amc |
| CARMITA D. SCHENCK, | Chapter 13 |
| Debtor, | Doc. No. |
| REGIONAL ACCEPTANCE CORPORATION,  Movant | |
| v. | |
| CARMITA D. SCHENCK and WILLIAM C. MILLER, Ch. 13 Trustee, | |
| Respondents | |

## ORDER OF COURT

AND NOW, this 20th day of June, 2017, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Regional Acceptance Corporation, in the 2012 Mazda 6 Sedan 4D i Sport 2.5L I4, VIN 1YVHZ8BH5C5M02656; and,

b. Debtor shall disclose the location of the Vehicle and cooperate with its surrender; and,

c. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

BY THE COURT:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge