UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Carmita Schenck                    :        Chapter 13

                                          :        Case No. 17-10358

NOTICE OF APPLICATION AND RESPONSE DEADLINE

David J. Averett, Esquire, attorney for Debtor, Carmita Schenck, has filed an Application for Compensation and Reimbursement of Expenses, in the above captioned case.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the Application, or if you want the court to consider your views on the Application, then on or before July 26, 2017, you or your attorney must do all of the following:

    (a)    file an answer explaining your position at

> Bankruptcy Clerk's Office,
> U.S. Bankruptcy Court
> The Robert Nix Building
> 900 Market Street
> Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the applicant:

> David J. Averett, Esquire
> 7719 Castor Avenue, 2nd Floor
> Philadelphia, PA 19152
> Tel: (215) 342-5024
> Fax: (215) 742-2464

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the application.

3. If a copy of the Application is not enclosed, a copy of the Application will be provided to you, upon request, from the attorney named in paragraph 1(b).

4. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out if the hearing has been cancelled because no one filed an answer.

Date: 7/06/2017