UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Carmita Schenck    :    Chapter 13

: Case No. 17-10358

PRAECIPE TO WITHDRAW DOCUMENT # 33

David J. Averett, Esquire, attorney for Debtor, kindly requests that Document # 33 be withdrawn.

BY:

/s/ David J. Averett_____
DAVID J. AVERETT, ESQUIRE
7719 CASTOR AVENUE
PHIALDELPHIA, PA  19152
(215) 342-5024
ATTORNEY FOR DEBTOR
#43760