UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Carmita Schenck : Chapter 13

: Case No. 17-10358

CERTIFICATE OF NO RESPONSE

David J. Averett, Esquire certifies that he did not receive a response, nor was one filed with the Clerk's Office to the Application for Compensation and Reimbursement of Expenses filed by David J. Averett, Esquire, attorney for Debtor.

BY:

/s/ David J. Averett
DAVID J. AVERETT, ESQUIRE
7719 CASTOR AVENUE
PHIALDELPHIA, PA  19152
(215) 342-5024
ATTORNEY FOR DEBTOR
#43760