UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  CARMITA SCHENCK            : CHAPTER 13

      DEBTOR                       : BANKRUPTCY NO. 17-10358

NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

Debtor, Carmita Schenck have filed an objection to the Proof of Claim you filed in this bankruptcy case.

Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, you or your attorney must attend the hearing on the objection, scheduled to be held before the Honorable Ashley M. Chan, on September 26, 2017, at 11:00 A.M., in Courtroom #5, United States Bankruptcy Court, 900 Market Street, Second Floor, Philadelphia, PA 19107. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

Date: 8/25/17                              Attorney for Objector

/s/ David J. Averett, Esquire

David J. Averett, Esquire
Law Offices of David J. Averett, P.C.
7719 Castor Avenue, 2nd Floor
Philadelphia, Pa 19152
I.D. No. 43760
Tel: (215) 342-5024
Fax: (215) 742-2464