# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Carmita D. Schenck<br>  Debtor<br><br>Ditech Financial LLC<br>  Movant<br>vs.<br><br>Carmita D. Schenck<br>  Respondent | CHAPTER 13<br><br><br>NO. 17-10358 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection of Ditech Financial LLC to Confirmation of Chapter 13 Plan, which was filed with the Court on or about **February 27, 2017** (Document No. 16).

Respectfully submitted,

**/s/ Matteo S. Weiner, Esquire**
Matteo S. Weiner, Esquire
Brian C. Nicholas, Esquire
Attorneys for Movant
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

Dated: September 13, 2017