UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

IN RE:  CARMITA SCHENCK                : CHAPTER 13

     DEBTOR                              : BANKRUPTCY NO 17-10358

_____

PRAECIPE TO WITHDRAW OBJECTION

Kindly withdraw the debtors, Objection to Proof of Claim # 2 of Reginal Acceptation cooperation.

BY:

/s/ David J. Averett

_____
DAVID J. AVERETT, ESQUIRE
ATTORNEY FOR DEBTORS
#43760