UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Carmita Schenck         :    Chapter 13

                                                    :    Case No. 17-10358

ORDER

And Now, this 3rd day of November, 2017, upon consideration of the Application of David J. Averett, Esquire, attorney for Debtor, under § 330 of the Bankruptcy Code, for an award of compensation and reimbursement of actual, necessary expenses, the application is hereby approved by the Court. The debtor has previously paid David J. Averett, Esquire costs in the amount of $ 310.00 and fees in the amount of $ 890.00 for a total of $ 1,200.00. David J. Averett, Esquire shall receive additional fees in the amount of $ 1,200.00 from funds paid by debtor to the Chapter 13 Trustee through the Chapter 13 Plan. The total approved for reimbursement of actual, necessary expenses and costs is $ 310.00 and the total approved for attorney's fees is $ 2,090.00.

BY THE COURT

_____
J.