United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-10358-amc
Carmita D. Schenck                                                        Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Nov 03, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 05, 2017.
db              +Carmita D. Schenck,    6010 Ross Street,    Philadelphia, PA 19144-1135

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2017 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DAVID J. AVERETT    on behalf of Debtor Carmita D. Schenck averettlaw@comcast.net
          MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          PETER J. ASHCROFT    on behalf of Creditor    Regional Acceptance Corporation
           pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Carmita Schenck  :  Chapter 13

: Case No. 17-10358

ORDER

And Now, this 3rd day of November, 2017, upon consideration of the Application of David J. Averett, Esquire, attorney for Debtor, under § 330 of the Bankruptcy Code, for an award of compensation and reimbursement of actual, necessary expenses, the application is hereby approved by the Court. The debtor has previously paid David J. Averett, Esquire costs in the amount of $ 310.00 and fees in the amount of $ 890.00 for a total of $ 1,200.00. David J. Averett, Esquire shall receive additional fees in the amount of $ 1,200.00 from funds paid by debtor to the Chapter 13 Trustee through the Chapter 13 Plan. The total approved for reimbursement of actual, necessary expenses and costs is $ 310.00 and the total approved for attorney's fees is $ 2,090.00.

BY THE COURT

_____
J.