UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

IN RE:  CARMITA SCHENCK        :        CHAPTER 13
         DEBTOR        :        BANKRUPTCY NO. 17-10358

_____

**PRAECIPE TO WITHDRAW DOCUMENT #80**

To the Clerk of the Bankruptcy Court:

David J. Averett, Esquire, attorney for Debtor, kindly requests that Document # 80 be withdrawn.

                                BY:


                                /s/ David J. Averett_____
                                DAVID J. AVERETT, ESQUIRE
                                7719 CASTOR AVENUE
                                PHIALDELPHIA, PA  19152
                                (215) 342-5024
                                ATTORNEY FOR DEBTOR
                                #43760