# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-10358-AMC

CARMITA D. SCHENCK

6010 ROSS STREET

PHILADELPHIA, PA 19144

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CARMITA D. SCHENCK

6010 ROSS STREET

PHILADELPHIA, PA 19144

Counsel for debtor(s), by electronic notice only.

DAVID J. AVERETT ESQ
7719 CASTOR AVE

PHILADELPHIA, PA 19152

Date: 8/15/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee