United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-10358-amc
Carmita D. Schenck                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 2             Date Rcvd: Oct 01, 2019
                              Form ID: pdf900             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2019.
```
db          +Carmita D. Schenck,    6010 Ross Street,    Philadelphia, PA 19144-1135
cr          +DITECH FINANCIAL LLC,   14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
13852309   #+Allied Interstate,    P.O. Box 361477,    Columbus, OH 43236-1477
13852296    +American Medical Systems,    1519 Boettler Road,    Uniontown, OH 44685-8391
13852292    +Bucks County Rec. of Deeds,    55 East Court Street,    Doylestown, PA 18901-4318
13852305    +Clear Spring Loan Services,    P.O. Box 52238,    Idaho Falls, ID 83405-2238
13852307    +Convergent Outsourcing, Inc.,    800 SW 39th Street,    P.O. Box 9004,    Renton, WA 98057-9004
13858135    +David J. Averett, Esquire,    7719 Castor Avenue, 2nd Floor,    Philadelphia, PA 19152-3615
13852301    +PNC Bank, N.A,    P.O. Box 5570,    Locator BR-YB58-01-01,    Cleveland, OH 44101-0570
13852312    +Philadelphia Gas Works,    P.O. Box 11700,    Newark, NJ 07101-4700
13852306    +Philadelphia Parking Authority,    Red Light Camera Program,    P.O. Box 597,
              Balitmore, MD 21203-0597
13852308    +Torres Credit Services, Inc.,    27 Fairview Street,    P.O. Box 189,    Carlisle, PA 17013-0189
13852300    +UI Payment Services,    P.O. Box 67503,    Harrisburg, PA 17106-7503
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Oct 02 2019 03:53:49     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 02 2019 03:53:25
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 02 2019 03:53:47     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2019 03:44:32      Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13893346     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 02 2019 04:00:12
              American InfoSource LP as agent for,    Verizon,    PO Box 248838,
              Oklahoma City, OK  73124-8838
13852303     E-mail/Text: megan.harper@phila.gov Oct 02 2019 03:53:49     City of Philadelphia,
              Department of Revenue,    Water Revenue Bureau,    P.O. Box 41496,    Philadelphia, PA 19101
13940464     E-mail/Text: megan.harper@phila.gov Oct 02 2019 03:53:49     City of Philadelphia,
              Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
13852295    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 02 2019 03:46:14     Capital One Bank USA,
              P.O. Box 30281,    Salt Lake City, UT 84130-0281
13852307    +E-mail/Text: convergent@ebn.phinsolutions.com Oct 02 2019 03:53:46
              Convergent Outsourcing, Inc.,    800 SW 39th Street,    P.O. Box 9004,    Renton, WA 98057-9004
13852299    +E-mail/PDF: creditonebknotifications@resurgent.com Oct 02 2019 03:46:26      Credit One Bank,
              P.O. Box 98872,    Las Vegas, NV 89193-8872
13852293    +E-mail/Text: bankruptcy.bnc@ditech.com Oct 02 2019 03:53:21     DiTech Financial,
              P.O. Box 6172,    Rapid City, SD 57709-6172
13886902     E-mail/Text: bankruptcy.bnc@ditech.com Oct 02 2019 03:53:21
              Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
              Rapid City, South Dakota 57709-6154
13852297    +E-mail/Text: bknotice@ercbpo.com Oct 02 2019 03:53:40      Enhanced Recovery Company,
              P.O. Box 57547,    Jacksonville, FL 32241-7547
13852310    +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Oct 02 2019 03:53:21     GM Financial,
              P.O. Box 181145,    Arlington, TX 76096-1145
13852302     E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 02 2019 03:53:44     Jefferson Capital Systems,
              16 McLeland Road,    Saint Cloud, MN 56303
13908246     E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 02 2019 03:53:44     Jefferson Capital Systems LLC,
              Po Box 7999,    Saint Cloud Mn 56302-9617
13891119     E-mail/PDF: resurgentbknotifications@resurgent.com Oct 02 2019 03:45:29
              LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13924468     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 02 2019 03:46:16
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13869891    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 02 2019 03:45:18
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13852304    +E-mail/Text: bankruptcygroup@peco-energy.com Oct 02 2019 03:53:21     Peco,    P.O. Box 37629,
              Philadelphia, PA 19101-0629
13866032    +E-mail/Text: bankruptcy@philapark.org Oct 02 2019 03:54:07     Philadelphia Parking Authority,
              701 Market Street Suite 5400,    Philadelphia, PA 19106-2895
13852294    +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 02 2019 03:46:17     Regional Acceptance Corp.,
              1424 East Fire Tower Rd.,    Greenville, NC 27858-4105
13863496     E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 02 2019 03:46:17     Regional Acceptance Corporation,
              PO Box 1847,    Wilson, NC 27894-1847
13852311    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 02 2019 03:53:15
              Verizon,    P.O. Box 15124,    Albany, NY 12212-5124
                                                                                             TOTAL: 24
```

```
District/off: 0313-2          User: Virginia              Page 2 of 2                   Date Rcvd: Oct 01, 2019
                              Form ID: pdf900             Total Noticed: 36
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13852298*      +Enhanced Recovery Company,   P.O. Box 57547,   Jacksonville, FL 32241-7547
                                                                                           TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2019 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID J. AVERETT    on behalf of Debtor Carmita D. Schenck averettlaw@comcast.net
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              PETER J. ASHCROFT    on behalf of Creditor    Regional Acceptance Corporation
               pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
CARMITA D. SCHENCK

Chapter 13

Debtor

Bankruptcy No. 17-10358-AMC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: October 1, 2019**

_____  
Ashely M. Chan  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
DAVID J. AVERETT ESQ  
7719 CASTOR AVE

PHILADELPHIA, PA 19152

Debtor:  
CARMITA D. SCHENCK

6010 ROSS STREET

PHILADELPHIA, PA 19144