Carmita D. Schenck

6010 Ross St

Philadelphia, PA 19144

Case number- 17-bk-10358


To whom it may concern,

I hope all is well, I have a bankruptcy on my credit report from each credit bureau and I am

asking that you guys send me a letter stating that you do not verify information with the three

credit bureaus. I hope this will be able to help me along my journey. This is one of the most

frustrating things and it is holding me back from striving for what I really want.

Thanks,

Carmita Schenck

AUG 1 5 2021