United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                                     Case No. 17-10358-amc
Carmita D. Schenck                                                                                                              Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                  User: admin                                                          Page 1 of 2
Date Rcvd: Aug 17, 2021                         Form ID: pdf900                                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**
+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Carmita D. Schenck, 6010 Ross Street, Philadelphia, PA 19144-1135 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2021                                 Signature:           /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DAVID J. AVERETT | on behalf of Debtor Carmita D. Schenck averettlaw@comcast.net |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| KEVIN G. MCDONALD | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 17, 2021 | Form ID: pdf900 | Total Noticed: 1 |

PETER J. ASHCROFT
on behalf of Creditor Regional Acceptance Corporation pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 9

| Timothy B. McGrath<br>Clerk of Court | **UNITED STATES BANKRUPTCY COURT**<br>EASTERN DISTRICT OF PENNSYLVANIA<br>Robert N.C. Nix Building<br>900 MARKET STREET<br>Suite 400<br>PHILADELPHIA, PA   19107-4299 | Clerk's Office<br>Telephone<br>(215) 408-2800<br><br>Divisional Office<br>Suite 300 The Madison<br>400 Washington Street<br>Reading, PA 19601<br>(610) 320-5255 |
|---|---|---|

August 17, 2021

Carmita D. Schenck
6010 Ross St.
Phila., PA 19144

Re:17-10358

Dear   Ms. Schenck   ,

  This is in response to your recent letter regarding your credit report.  It is not the policy of the court to report to any credit agency, nor do we intercede with the removal of questionable reporting.

If you have any questions , you may contact us at 215-408-2800.

Very truly yours,

Timothy B. McGrath
Clerk of Court


BY:_____Randi J._____
          Deputy Clerk